UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| Dawn Zifko<br><br>　　　　Plaintiff,<br>v.<br><br>Tri- State Adjustments, Inc.<br><br>　　　　Defendant. | Case No. 20-cv-00952 |

**NOTICE OF SETTLEMENT**

A settlement has been reached between the parties. A notice of voluntary dismissal with prejudice will be filed within 60 days of when the settlement agreement is signed by the Plaintiff.

　　　　　　　　　　　　　　　　　/s/ Matthew C. Lein
　　　　　　　　　　　　　　　　Matthew C. Lein
　　　　　　　　　　　　　　　　State Bar No. 1084028
　　　　　　　　　　　　　　　　Attorneys for Plaintiff
　　　　　　　　　　　　　　　　**LEIN LAW OFFICES, LLP**
　　　　　　　　　　　　　　　　15692 Hwy 63 North
　　　　　　　　　　　　　　　　PO Box 761
　　　　　　　　　　　　　　　　Hayward, Wisconsin 54843
　　　　　　　　　　　　　　　　Telephone: (715) 634-4273
　　　　　　　　　　　　　　　　Facsimile: (715) 634-5051
　　　　　　　　　　　　　　　　mlein@leinlawoffices.com